IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Global Commerce Bank, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| FIRST ONE GROUP, LLC; JERRY C. KIM; JOE P. KIM; and JIMMY JONG IK HWANG, | ) ) ) ) | CIVIL ACTION FILE NO.1:12-CV-01815-CAP |
| Defendants. | ) | |
| FIRST ONE GROUP, LLC, | ) ) | |
| Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Global Commerce Bank, | ) ) ) ) | |
| Counterclaim Defendant. | ) | |
| FIRST ONE GROUP, LLC, | ) ) | |
| Cross-Claim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JERRY C. KIM, | ) ) ) | |
| Cross-Claim Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2012, I electronically filed NOTICE OF TAKING DEPOSITION OF SAMUEL CHEN with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record and interested parties and via U.S. First Class Mail Service, postage pre-paid to those who are non-CM/ECF participants addressed as follows:

Andrea Cantrell Jones
The Galloway Law Group, LLC
3500 Lenox Road, NE, Ste 760
Atlanta, GA 30326
andrea@glawgp.com

Michael C. Murphy
Murphy Law Group, P.C.
4989 Peachtree Pkwy, Suite 200
Norcross, GA 30092
michaelcmurphy@att.net

Jimmy Jong Ik Hwang
9210 Cobalt Way
Stockbridge, GA 30281

Joe P. Kim
4025 McGinnis Ferry Rd, #904
Suwanee, GA 30024

Respectfully submitted, this 5th day of December, 2012.

NORTH ATLANTA LAW GROUP, P.C.

/s/ Howard A. Salk
Steven M. Jampol, Esq.
Georgia State Bar No. 389435
Howard A. Salk, Esq.
Georgia State Bar No. 707046
Attorneys for Defendant

2475 Northwinds Pkwy, Suite 130
Alpharetta, Georgia 30009
Telephone: (770) 667-1290
Facsimile: (770) 667-1690
sjampol@northatlantalaw.net
hsalk@northatlantalaw.net