IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Global Commerce Bank,<br>    Plaintiff,<br>v.<br><br>FIRST ONE GROUP, LLC; JERRY C. KIM; JOE P. KIM; and JIMMY JONG IK HWANG,<br>    Defendants. | CIVIL ACTION FILE<br>NO.1:12-CV-01815-CAP |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

COMES NOW, the remaining parties to the above-captioned action, Plaintiff Federal Deposit Insurance Corporation, Defendant and Third-Party Plaintiff First One Group, LLC , and Third-Party Defendants Samuel Chen and Elaine Zhou, by their respective undersigned counsel of record, who do hereby file their Stipulation of Dismissal With Prejudice of All Claims and All Parties, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), with each party to bear his/her/its own attorney's fees and court costs.

Respectfully submitted this 29th day of May, 2015.

/s/Steven M. Jampol
Steven M. Jampol
Georgia Bar No. 389435

**NORTH ATLANTA LAW GROUP, P.C.**
2475 Northwinds Pkwy, Suite 130
Alpharetta, Georgia 30009
Telephone: (770) 667-1290
Facsimile: (770) 667-1690
E-mail: sjampol@northatlantalaw.net
*Counsel for Defendant and Third-Party Plaintiff*
*First One Group, LLC*

**THE GALLOWAY LAW GROUP, LLC**
By: /s/ Andrea Cantrell Jones by Steven M. Jampol, w/express permission
Andrea Cantrell Jones
Georgia Bar No. 398440
3500 Lenox Road, N.E., Suite 760
Atlanta, Georgia 30326
Telephone: (404) 965-3680
Facsimile: (404) 965-3670
E-mail: andrea@glawgp.com
*Counsel for Plaintiff/Counterclaim Defendant*
*Federal Deposit Insurance Corporation, As Receiver for*
*Global Commerce Bank*

**KITCHENS KELLEY GAYNES, P.C.**
By: /s/Mitchell S. Rosen          by Steven M. Jampol, w/express permission
Mitchell S. Rosen
Georgia Bar No. 614419
Glenridge Highlands One – Suite 800
5555 Glenridge Connector
Atlanta, Georgia 30342
Telephone: (404) 237-4100
Facsimile: (404) 364-0126
E-mail: mrosen@kkgpc.com
*Counsel for Plaintiff Federal Deposit Insurance Corporation as receiver for*
*Global Commerce Bank*

**GRAY, RUST, ST AMAND, MOFFETT & BRIESKE, LLP**
/s/Harvey S. Gray            by Steven M. Jampol, w/express permission
Harvey S. Gray
Georgia Bar No. 305838
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 870-7376
Facsimile: (404) 870-1076
hgray@grsmb.com
*Counsel for Third-Party Defendant*
*Samuel P. Chen*


**THE BAIG FIRM**
/s/ M. Khurram Baig          by Steven M. Jampol, w/express permission
M. Khurram Baig
Georgia Bar No. 031607
125 Lawrenceville St., Ste 120
Norcross, Georgia 30071
Telephone: (678) 534-2529
Facsimile: (678) 460-6998
E-mail: mkbaig@baiglaw.com
*Counsel for Third-Party Defendant*
*Elaine Zhou*