**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Global Commerce Bank,** | ) ) ) ) | |
| **Plaintiff,** | ) | |
| v. | ) ) | |
| **FIRST ONE GROUP, LLC; JERRY C. KIM; JOE P. KIM; and JIMMY JONG IK HWANG,** | ) ) ) ) | **CASE NO.
1:12-CV-01815-CAP** |
| **Defendants** | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT JERRY C. KIM'S CROSS-CLAIMS AGAINST FIRST ONE GROUP

COMES NOW, Defendant Jerry C. Kim by his undersigned counsel of record, who does hereby stipulate pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), to dismiss with prejudice his cross-claims against First One Group, LLC, and the undersigned parties being the only parties remaining in this case join in this Stipulation.

Respectfully submitted this ___11th___ day of June 2015.

1

        */s/ Michael C. Murphy*
        MICHAEL C. MURPHY
        Georgia Bar No. 531000
        Attorney for Defendant Jerry C. Kim
        Murphy Law Group, P.C.
        4989 Peachtree Parkway, Ste. 200
        Peachtree Corners, GA 30092

(770) 246-2590 Phone
(770) 248-0537 Fax
E-Mail:  michaelcmurphy@att.net


By:*/s/ Steven M. Jampol* with express permission
Steven M. Jampol
Georgia Bar No. 389435
**NORTH ATLANTA LAW GROUP, P.C.**
2475 Northwinds Pkwy., Suite 130
Alpharetta, GA  30009
Telephone:  (770) 667-1290
Facsimile:  (770) 667-1690
E-Mail:  sjampol@northatlantalaw.net
*Counsel for Third-Party Defendant*
*Samuel P. Chen*


By:*/s/ Andrea Cantrell Jones* with express permission
Andrea Cantrell Jones
Georgia Bar No. 398440
**THE GALLOWAY LAW GROUP, LLC**
3500 Lenox Road, N.E., Suite 760
Atlanta, GA 30326
Telephone:  (404) 965-3680
Facsimile:  (404) 965-3670
E-Mail:  andrea@glawgp.com
*Counsel for Plaintiff/Counterclaim Defendant*

*Federal Deposit Insurance Corporation, As Receiver for*
*Global Commerce Bank*


By:*/s/ M. Khurram Baig* with express permission
M. Khurram Baig, Esquire
Georgia Bar No. 031607
**THE BAIG FIRM**
125 Lawrenceville St., Ste. 120
Norcross, GA 30071
Telephone:  (678) 534-2529
Facsimile:  (678) 460-6998
mkbaig@baiglaw.com
*Counsel for Third Party Defendant*
*Elaine Khou*


By:*/s/ Harvey S. Gray* with express permission
Harvey S. Gray, Esquire
Georgia Bar No. 305838
**GRAY, RUST ST. AMAND, MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone:  (404) 970-7376
Facsimile:  (404) 870-1076
hgray@grsmb.com
*Counsel for Third Party Defendant*
*Samuel P. Chen*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT JERRY C. KIM'S CROSS-CLAIMS AGAINST FIRST ONE GROUP, LLC** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record and interested parties and via U.S. First Class Mail Service, postage prepaid addressed as follows:

>Harvey S. Gray, Esquire
>Gray, Rust St. Amand, Moffett
>& Brieske, L.L.P.
>1700 Atlanta Plaza
>950 East Paces Ferry Road
>Atlanta, Georgia 30326
>hgray@grsmb.com


>Steven M. Jampol, Esquire
>Howard A. Salk, Esquire
>North Atlanta Law Group, LLC
>2475 Northwinds Parkway, Suite 130
>Alpharetta, Georgia 30009
>sjampol@northatlantalaw.net


>M. Khurram Baig, Esquire
>The Baig Firm
>450 South Peachtree Street, Suite A
>Historic Norcross, Georgia 30071
>mkbaig@baiglaw.com

Andrew Cantrell Jones
The Galloway Law Group, LLC
3500 Lenox Road, NE, Ste. 760
Atlanta, GA 30326
E-mail:  andrea@glawgp.com

This 11th day of June, 2015.


/s/ *Michael C. Murphy*
Michael C. Murphy
Georgia Bar No. 531000
Attorney for Jerry C. Kim


MURPHY LAW GROUP, P.C.
4989 Peachtree Parkway, Suite 200
Peachtree Corners, GA 30092
Telephone: (770) 246-2590
Facsimile: (770) 248-0537

5

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1B**

I certify pursuant to Local Rule 7.1D that the above titled document complies with Local Rule 5.1B and was prepared using a 14 point Times New Roman font.

*/s/ Michael C. Murphy*
Michael C. Murphy
Georgia Bar No. 531000
Attorney for Jerry C. Kim

MURPHY LAW GROUP, P.C.
4989 Peachtree Parkway, Suite 200
Norcross, GA 30092
Telephone: (770) 246-2590
Facsimile: (770) 248-0537